IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN PATRICK FABIAN,

        Appellant,

          Case No.  5D22-629
v.                           LT Case No. 05-2019-MH-038742-X


STATE OF FLORIDA,

        Appellee.

_____/

Decision filed June 6, 2023

Appeal from the Circuit Court
for Brevard County,
Samuel Bookhardt, Judge.

Matthew J. Metz, Public Defender,
and Ryan Belanger, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, EISNAUGLE and PRATT, JJ., concur.